IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ASHLEY CREEL                                                                                       PLAINTIFF

v.                              Case No. 4:21-cv-00627-KGB-JTK

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                     DEFENDANT

**ORDER**

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 8). Plaintiff Ashley Creel filed objections to the Recommendation (Dkt. No. 9). After careful consideration of the Recommendation and Ms. Creel's objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 8).

The Court writes separately to address some of Ms. Creel's objections (Dkt. No. 9). Ms. Creel's objections to the Recommendation are the same as the arguments she made to support this appeal of the Administrative Law Judge's ("ALJ") determinations (Dkt. Nos. 6; 9). Ms. Creel maintains that the ALJ lacked substantial evidence for finding unpersuasive the opinions of Advanced Practicing Nurse Olivia Cox and Psychiatrist Herman Clements (Dkt. Nos. 6, at 14, 18; 9, at 2, 6). The Court acknowledges Ms. Creel's objections. However, under binding circuit precedent, the Court's function on review is "narrow," and the objections offered, coupled with a *de novo* review of the record, do not rise to the level necessary to reverse the determination of the ALJ. *See generally Pearsall v. Massanari*, 274 F.3d 1211, 1217 (8th Cir. 2001). The Court, having considered Ms. Creel's objections and having conducted a *de novo* review of the record,

agrees with Judge Kearney, "substantial evidence supports the Commissioner's decision that [Ms.] Creel was not disabled" (Dkt. No. 8, at 10).

For the foregoing reasons, the Court adopts the Recommendation as its findings in all respects (Dkt. No. 8). The Court affirms the Commissioner's decision, denies Ms. Creel request for relief, and dismisses with prejudice this case.

It is so ordered this the 6th day of February, 2023.

                                                */s/ Kristine G. Baker*
                                                Kristine G. Baker
                                                United States District Judge