IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ASHLEY CREEL**                                                                                          **PLAINTIFF**

v.                                  Case No. 4:21-cv-00627-KGB-JTK

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that the Commissioner's decision is affirmed and that plaintiff Ashley Creel's complaint is dismissed with prejudice (Dkt. No. 1). The relief requested is denied.

It is so adjudged this the 6th day of February, 2023.

                                                                              _____
                                                                              Kristine G. Baker
                                                                              United States District Judge